UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARLONZO JACKSON BATES, | No. 2:21-cv-0843 DAD DB |
|---|---|
| Petitioner, | |
| v. | ORDER |
| MATTHEW ATCHLEY, Warden, | |
| Respondent. | |

    Petitioner Arlonzo Jackson Banks, a state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  (ECF No. 1.)  On June 13, 2023, the undersigned issued findings and recommendations recommending that the petition be denied.  (ECF No. 21.)  Presently before the court is petitioner's counsel's motion for extension of time to file objections to the June 13, 2023 findings and recommendations.  (ECF No. 24.)  This is petitioner's counsel's second such request.  (See ECF Nos. 22, 23.)

    Petitioner's counsel requests that the deadline to file objections be extended to October 12, 2023.  (ECF No. 24 at 2.)  Counsel notes that the attorney previously assigned to this matter is no longer employed with counsel's firm, and that the newly assigned attorney has briefs due in several other matters.

////

////

1

For the foregoing reasons, IT IS ORDERED that:

1. Petitioner's motion for extension of time (ECF No. 24) is granted. Petitioner shall file any objections to the June 13, 2023 findings and recommendations (ECF No. 21) on or before October 12, 2023.
2. Absent extraordinary circumstances, no further extensions of time will be granted for this purpose.

Dated: September 12, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Habeas/R/bank0843.36.sec

2