UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLONZO JACKSON BANKS,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEY ATCHLEY,<br><br>Defendants. | No. 2:21-cv-00843 DAD DB P<br><br><br><br>ORDER |

Petitioner Arlonzo Jackson Banks, a state prisoner confined at Salinas Valley State Prison, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1.) Petitioner's counsel has filed a request to substitute the named respondent, the former warden of Salinas Valley State Prison, with the prison's current acting warden, Charles Schuyler. (ECF No. 26.) Counsel attached as an exhibit Mr. Schuyler's biography on the California Department of Corrections and Rehabilitation's website, confirming that he became Acting Warden in July 2023. (Id. at 1.)

IT IS HEREBY ORDERED that petitioner's motion to substitute respondent (ECF No. 26) is granted.

DATED: May 29, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Habeas/R/bank0843.sub

1