UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARLONZO JACKSON BANKS,

Petitioner,

v.

CHARLES SCHUYLER, et al.,

Respondents.

No.  2:21-cv-00843-DAD-SCR

ORDER DENYING PETITIONER'S POST-JUDGMENT MOTIONS

(Doc. Nos. 39, 43)

On March 6, 2025, the court adopted the findings and recommendations issued in this case (Doc. No. 21) and denied petitioner's petition for writ of habeas corpus on the merits.  (Doc. No. 36.)  On April 3, 2025, petitioner filed a notice of appeal in this action.  (Doc. No. 38.)  That same day, petitioner filed a motion to proceed *in forma pauperis* in this action, but a review of that motion indicates that it was a motion for permission to proceed *in forma pauperis* on appeal directed to the Ninth Circuit Court of Appeals.  (Doc. No. 39.)  On June 24, 2025, petitioner's counsel filed an application to substitute the respondent warden in this action on account of petitioner having been transferred to a different institution of confinement.  (Doc. No. 43.)  A review of this application indicates that it was a motion seeking to substitute the respondent warden in connection with petitioner's appeal to the Ninth Circuit Court of Appeals.  (*Id.* at 2.)

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects

1

of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982).  On October 2, 2025, the Ninth Circuit Court of Appeals denied petitioner's request for a certificate of appealability and denied all pending motions as having been rendered moot.  (Doc. No. 44.)  Accordingly, petitioner's motions (Doc. Nos. 39, 43) are DENIED as having been rendered moot by the Ninth Circuit's order.

IT IS SO ORDERED.

Dated:    **March 17, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE